UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: KATHRYN RAMONA ESQUIBEL, No. 17-10498-j7

Debtor.

---

UNITED STATES TRUSTEE,

    Plaintiff,

v.     Adversary Proceeding No. 17-1044 J

KATHRYN RAMONA ESQUIBEL,

    Defendant.

## ORDER STAYING ADVERSARY PROCEEDING

The Court held a status conference in this adversary proceeding on May 9, 2019. Richard Wieland appeared at the status conference on behalf of the United States Trustee, and Wesley Pool appeared at the status conference on behalf of Kathryn Esquibel. On May 3, 2019, the Chapter 7 Trustee in the Defendant's bankruptcy case filed the Chapter 7 Trustee's Motion to Approve Settlement between Chapter 7 Trustee, Debtor, John Sexton, David Kelly, and Martin Lopez III, P.C. ("Motion to Approve Settlement"). *See* Case No. 17-10498-j7 – Docket No. 123. Completion of the settlement agreement that is the subject of the Motion to Approve Settlement will likely negate the need for the United States Trustee to pursue this Adversary Proceeding.

WHEREFORE, IN ACCORDANCE with the Court's ruling at the status conference,

IT IS ORDERED:

1. This Adversary Proceeding is stayed pending further order of the Court, except either party may request and the Court may conduct a status conference while this Adversary Proceeding is stayed.

2. The pre-trial conference scheduled for May 22, 2019 at 9:00 a.m. is VACATED.

3. The trial in this Adversary Proceeding scheduled for June 12, 2019 at 9:00 a.m. is VACATED.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: May 10, 2019

COPY TO:

Richard Wieland
Attorney for Plaintiff
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103

Wesley O. Pool
Attorney for Defendant
201 Innsdale Terrace
Clovis, NM 88101